UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN TOSH HARTZELL, | Case No. 3:24-cv-00028-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, | |
| Respondent. | |

This habeas matter is before this Court on Petitioner Shawn Tosh Hartzell's unopposed motion for an extension of time to file his response to the order to show cause. (ECF No. 9.) This is Hartzell's first request for an extension of this deadline. This Court finds good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for an extension of time (ECF No. 9) is granted. Hartzell has up to and including November 8, 2024, to file his response to the order to show cause.

DATED THIS 10th day of September 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE