UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN TOSH HARTZELL,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>NETHANJAH BREITENBACH,<br><br>　　　　　　　　　　Respondent. | Case No. 3:24-cv-00028-ART-CLB<br><br>ORDER |

This habeas matter is before this Court on Petitioner Shawn Tosh Hartzell's unopposed motion for a 31-day extension of time to file his response to the order to show cause. (ECF No. 11.) This is Hartzell's second request for an extension of this deadline. This Court finds good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for an extension of time (ECF No. 11) is granted. Hartzell has up to and including December 9, 2024, to file his response to the order to show cause.

DATED THIS 8th day of November 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1