UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN TOSH HARTZELL,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>NETHANJAH BREITENBACH,<br><br>　　　　　　　　　　Respondent. | Case No. 3:24-cv-00028-ART-CLB<br><br>ORDER |

　　　　On July 9, 2024, this Court ordered counseled Petitioner Shawn Tosh Hartzell to file a response to the Order to Show Cause within 60 days. (ECF No. 8.) This Court also ordered Respondents to file a response to Hartzell's response 45 days thereafter. (*Id*.) After a few extension requests, Hartzell timely filed his response on December 13, 2024. (ECF No. 14.) As such, Respondents' response was due 45 days later on January 27, 2025. To date, Respondents have not filed their response or a request for an extension of time to do so.

　　　　It is therefore ordered that Respondents have 10 days from the date of this order to file their response or request an extension of time to do so.

　　　　Dated this 7th day of February 2025.

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1