UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN TOSH HARTZELL,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>NETHANJAH BREITENBACH,<br><br>　　　　　　　　　Respondent. | Case No. 3:24-cv-00028-ART-CLB<br><br>ORDER |

　　　This counseled habeas matter is before this Court on Petitioner Shawn Tosh Hartzell's unopposed motion for a 90-day extension of time to file his amended petition. (ECF No. 25.) This is Hartzell's first request for an extension of this deadline. This Court finds good cause exists to grant the motion.

　　　It is therefore ordered that the unopposed motion for an extension of time (ECF No. 25) is granted. Hartzell has up to and including March 4, 2026, to file his amended petition.

　　　DATED this 12th day of December 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1