UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHAWN TOSH HARTZELL,

Petitioner,

v.

NETHANJAH BREITENBACH,

Respondent.

Case No. 3:24-cv-00028-ART-CLB

ORDER

This counseled habeas matter is before this Court on Petitioner Shawn Tosh Hartzell's unopposed motion for a 61-day extension of time to file his amended petition. (ECF No. 27.) This is Hartzell's second request for an extension of this deadline. This Court finds good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for an extension of time (ECF No. 27) is granted. Hartzell has up to and including May 4, 2026, to file his amended petition.

DATED this 6th day of March 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1