UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN TOSH HARTZELL,<br>Petitioner,<br>v.<br>NETHANJAH BREITENBACH,<br>Respondent. | Case No. 3:24-cv-00028-ART-CLB<br>ORDER |

Before this Court is Respondent's unopposed motion for a 15-day extension of time to file her response to the amended petition. (ECF No. 36 ("Motion for Extension").) This is Respondent's first request for an extension of this deadline. The Court finds that good cause exists to grant the Motion for Extension.

Also, before the Court is Petitioner's motion to seal two exhibits. (ECF No. 33 ("Motion to Seal").) Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), the Court finds that a compelling need to protect safety, privacy, and/or personal identifying information outweighs the public interest in open access to records.

It is therefore ordered that the Motion for Extension (ECF No. 36) is granted. Respondent has up to and including August 11, 2026, to file her response.

It is further ordered that the Motion to Seal (ECF No. 33) is granted. Exhibits 31 and 32 (ECF Nos. 34-1, 34-2) are considered properly filed under seal.

DATED THIS 4th day of August, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE