UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHAWN TOSH HARTZELL,

Petitioner,

v.

NETHANJAH BREITENBACH,

Respondent.

Case No. 3:24-cv-00028-ART-CLB

ORDER

This counseled habeas matter is before this Court on Petitioner Shawn Tosh Hartzell's unopposed motion for a 60-day extension of time to file his opposition to the motion to dismiss. (ECF No. 39.) This is Hartzell's first request for an extension of this deadline. This Court finds good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for an extension of time (ECF No. 39) is granted. Hartzell has up to and including October 24, 2026, to file his opposition.

DATED this 25th day of August 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE