UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHAWN TOSH HARTZELL,

Petitioner,

v.

NETHANJAH BREITENBACH,

Respondent.

Case No. 3:24-cv-00028-ART-CLB

ORDER

Respondent has filed an unopposed motion for a 32-day extension of time to file her reply to the motion to dismiss. (ECF No. 43.) This is Respondent's first request for an extension of this deadline. This Court finds good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for an extension of time (ECF No. 43) is granted. Respondent has up to and including December 4, 2026, to file her reply.

DATED this 2nd day of November 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE